No. 87–1564. NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–1567. SUN PIPE LINE CO. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 1st Cir. Certiorari denied.

No. 87–1632. YONKERS BOARD OF EDUCATION *v.* UNITED STATES ET AL.; and

No. 87–1686. CITY OF YONKERS ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 837 F. 2d 1181.

No. 87–1640. TEXAS *v.* CROSBY. Ct. Crim. App. Tex. Certiorari denied.

No. 87–1656. CONSOLIDATED ALUMINUM CORP. *v.* C. F. BEAN CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1690. BECHTEL POWER CORP. ET AL. *v.* UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF UNITED STATES AND CANADA, LOCAL 57, ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–1694. ROSE *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 87–1724. CATES, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF CATES *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1727. PEAT MARWICK MAIN & CO. *v.* TEW, RECEIVER FOR ESM GROUP, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–1732. DUCHENEAUX *v.* SECRETARY OF THE INTERIOR ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1736. MOLINS PLC *v.* QUIGG, ASSISTANT SECRETARY OF COMMERCE. C. A. Fed. Cir. Certiorari denied.